STATE v. MILLER
    No. 31 PC.

    Case below: 15 N.C. App. 610.

    Petition of defendant Jones for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.

STATE v. PEELE
    No. 67 PC.

    Case below: 16 N.C. App. 227.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.

STATE v. SCOTT
    No. 98 PC.

    Case below: 16 N.C. App. 424.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.

STATE v. STARNES
    No. 83 PC.

    Case below: 16 N.C. App. 357.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 13 December 1972.

STATE v. TANT
    No. 43 PC.

    Case below: 16 N.C. App. 113.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.